IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DOYLE JAY KELLY,

    Petitioner,

v.          CASE NO. 4:04cv495-RH/WCS

JAMES CROSBY,

    Respondent.

_____/

## ORDER DENYING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 16), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition under 28 U.S.C. §2254 challenging petitioner's conviction for aggravated battery in the Circuit Court, Second Judicial Circuit, Leon County, Florida, case number 02-02514AF, is DENIED with prejudice.

SO ORDERED this 9th day of January, 2006.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge